IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAYMON DAVIS, | |
| Plaintiff, | 4:15-CV-3031 |
| vs. | |
| TYSON FOODS, INC., and UNITED FOOD & COMMERCIAL WORKS LOCAL #222, | ORDER |
| Defendants. | |

This matter is before the Court on the plaintiff's motion to dismiss defendant United Food & Commercial Works Local #222 as a party. That motion will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

IT IS ORDERED:

1. The Plaintiff's Motion to Dismiss Case Against One Defendant (filing 11) is granted.

2. The plaintiff's claims against United Food & Commercial Works Local #222 are dismissed with prejudice.

3. United Food & Commercial Works Local #222 is dismissed as a party.

Dated this 24th day of July, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge