IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAYMON DAVIS, <br><br> Plaintiff, <br><br> vs. <br><br> TYSON FOODS, INC., <br><br> Defendant. | 4:15CV3031 <br><br> ORDER |

This matter is before the court on Plaintiff's counsel's motion to withdraw and the parties' joint motion to extend the Rule 26(f) Meeting Report deadline for ninety (90) days. Because the ninety (90) day request to find new counsel is excessive the court will grant the motions in part and deny them in part as set forth below. Accordingly,

IT IS ORDERED:

1) The motion to withdraw filed by Michael Khalili, as counsel of record for Plaintiff Raymon Davis (filing no. 13), is granted in part and denied in part.

2) On or before September 14, 2015, Plaintiff Raymon Davis shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel. The failure to do so may result in a dismissal of Plaintiff's claims without further notice.

3) Michael Khalili shall promptly mail a copy of this order to Plaintiff Raymon Davis, and file a certificate of service stating the date and the manner of service, and the name and address served.

4) The motion to continue the Rule 26(f) Report Deadline is granted in part and denied in part. The Rule 26(f) Report is due October 14, 2015

August 14, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge