IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAYMON DAVIS,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>TYSON FOODS, INC.,<br><br>　　　　　　　Defendant. | 4:15CV3031<br><br>**ORDER** |

　　　Plaintiff Raymon Davis's counsel was granted leave to withdraw on August 14, 2015. Plaintiff Raymon Davis was given until September 14, 2015 to either:

　　　(a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel, and was warned that the failure to do so may result in a dismissal of Plaintiff's claims without further notice.

　　　Plaintiff Raymon Davis failed to comply with the court's order.

　　　Accordingly,

　　　IT IS ORDERED:

　　　1)　　Plaintiff Raymon Davis is given until November 9, 2015 to show cause why the court should not dismiss Plaintiff Raymon Davis's claims for want of prosecution and without further notice.

　　　2)　　The clerk shall mail a copy of this order to Plaintiff Raymon Davis at his address of record.

October 8, 2015.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge