IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RAYMON DAVIS,

        Plaintiff,

vs.

TYSON FOODS, INC.,

        Defendant.

4:15CV3031

FINDINGS AND RECOMMENDATION

On August 14, 2015, Plaintiff's counsel, Michael Khalili, was granted permission to withdraw from this case. ([Filing No. 15](#)). The court gave Plaintiff until September 14, 2015, to either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel. ([Filing No. 15](#)). He did not do so.

On October 8, 2015, Davis was given until November 9, 2015 to show cause why the court should not dismiss Davis's claims for want of prosecution, and was warned that the failure to comply may result in dismissal of Davis's claims without further notice. ([Filing No. 17](#)).

Davis has not responded to the show cause order.

Accordingly,

IT IS RECOMMENDED to the Honorable John M. Gerrard, United States District Judge, pursuant to 28 U.S.C. § 636(b), that Plaintiff Davis's claims be dismissed for want of prosecution without further notice.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

November 17, 2015.

        BY THE COURT:

        *s/ Cheryl R. Zwart*
        United States Magistrate Judge